IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS L. RONEY,

    Plaintiff,

    v.

RENT-A-CENTER,

    Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-1548-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting the Defendant's Motion to Compel Arbitration [Doc. 12]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Compel Arbitration [Doc. 12] is GRANTED. The Defendant's Motion to Dismiss and to Stay [Doc. 12] is DENIED. The Clerk is directed to close this file administratively.

SO ORDERED, this 5 day of December, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Roney\compel.wpd